Texas Oncology, PA 12221 Merit Drive Suite 500 Dallas, TX 75251
Christina Cathlene Rhodes 303 Rabbit Run Waco, TX 76712

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christina Cathlene Rhodes | Texas Oncology, PA | 307284 | 09/12/2021 | 09/25/2021 | 10/01/2021 | |

| | Gross Pay | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,318.96 | 904.92 | 405.54 | 76.86 | 1,931.64 |
| YTD | 66,789.31 | 17,180.44 | 8,467.27 | 1,460.34 | 39,681.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 800.00 |
| Core Life & AD&D - Imputed | 09/12/2021-09/25/2021 | 0 | 0 | 11.50 | 218.50 |
| Funeral | | | | | 328.00 |
| Holiday | | | | | 1,944.00 |
| Hourly Regular | 09/12/2021-09/25/2021 | 79.8 | 41 | 3,271.80 | 57,663.43 |
| Involuntary Time Off | | | | | 1,540.00 |
| Overtime | 09/19/2021-09/25/2021 | 0.7667 | 61.5 | 47.16 | 1,319.88 |
| PTO Time Off (PTOTO) | | | | | 3,194.00 |
| Earnings | | | | 3,330.46 | 67,007.81 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 177.13 | 3,596.76 |
| Medicare | 41.43 | 841.18 |
| Federal Withholding | 186.98 | 4,029.33 |
| Taxes | 405.54 | 8,467.27 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 431.47 | 8,184.89 |
| PPO I Medical - EE | 438.50 | 8,331.50 |
| Select Dental - EE | 17.94 | 340.86 |
| VSP Vision - EE | 17.01 | 323.19 |
| Pre-Tax Deductions | 904.92 | 17,180.44 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance (ACCINS) | 11.16 | 212.04 |
| Addl Dependent Life-EE | 0.40 | 7.60 |
| Addl EE Life - EE | 17.25 | 327.75 |
| Addl Spousal Life - EE | 3.40 | 64.60 |
| Critical Illness (CRIILL) | 27.68 | 525.92 |
| Hospital Insurance (HOSINS) | 16.97 | 322.43 |
| Post-Tax Deductions | 76.86 | 1,460.34 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core Dependent Life - ER | 1.05 | 14.35 |
| Core Life ADD - ER | 8.18 | 155.42 |
| Employee Assistance Program | 0.83 | 15.77 |
| Long Term Disability - ER | 19.47 | 365.23 |
| PPO I Medical - ER | 683.00 | 12,977.00 |
| Details Not Displayed | 58.09 | 1,075.15 |
| Employer Paid Benefits | 770.62 | 14,602.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,857.01 | 58,012.26 |
| Medicare - Taxable Wages | 2,857.01 | 58,012.26 |
| Federal Withholding - Taxable Wages | 2,425.54 | 49,827.37 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan 3 | 0 | 0 | 0 |
| PTO Plan | 5 | 0 | 21.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| American Bank | American Bank ******8274 | ******8274 | | 1,931.64 | USD |

Texas Oncology, PA  12221 Merit Drive  Suite 500  Dallas, TX 75251
Christina Cathlene Rhodes  303 Rabbit Run  Waco, TX 76712

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christina Cathlene Rhodes | Texas Oncology, PA | 307284 | 09/26/2021 | 10/09/2021 | 10/15/2021 | |

| | Gross Pay | Pre-Tax Deductions | Taxes | Post- Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,373.29 | 911.98 | 420.09 | 76.86 | 1,964.36 |
| YTD | 70,162.60 | 18,092.42 | 8,887.36 | 1,537.20 | 41,645.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 800.00 |
| Core Life & AD&D - Imputed | 09/26/2021-10/09/2021 | 0 | 0 | 11.50 | 230.00 |
| Funeral | | | | | 328.00 |
| Holiday | | | | | 1,944.00 |
| Hourly Regular | 09/26/2021-10/09/2021 | 80 | 41 | 3,280.00 | 60,943.43 |
| Involuntary Time Off | | | | | 1,540.00 |
| Overtime | 09/26/2021-10/09/2021 | 1.5167 | 61.5 | 93.29 | 1,413.17 |
| PTO Time Off (PTOTO) | | | | | 3,194.00 |
| Earnings | | | | 3,384.79 | 70,392.60 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 180.50 | 3,777.26 |
| Medicare | 42.21 | 883.39 |
| Federal Withholding | 197.38 | 4,226.71 |
| Taxes | 420.09 | 8,887.36 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 438.53 | 8,623.42 |
| PPO I Medical - EE | 438.50 | 8,770.00 |
| Select Dental - EE | 17.94 | 358.80 |
| VSP Vision - EE | 17.01 | 340.20 |
| Pre-Tax Deductions | 911.98 | 18,092.42 |

### Post- Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance (ACCINS) | 11.16 | 223.20 |
| Addl Dependent Life-EE | 0.40 | 8.00 |
| Addl EE Life - EE | 17.25 | 345.00 |
| Addl Spousal Life - EE | 3.40 | 68.00 |
| Critical Illness (CRIILL) | 27.68 | 553.60 |
| Hospital Insurance (HOSINS) | 16.97 | 339.40 |
| Post- Tax Deductions | 76.86 | 1,537.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core Dependent Life - ER | 1.05 | 15.40 |
| Core Life ADD - ER | 8.18 | 163.60 |
| Employee Assistance Program | 0.83 | 16.60 |
| Long Term Disability - ER | 19.47 | 384.70 |
| PPO I Medical - ER | 683.00 | 13,660.00 |
| Details Not Displayed | 58.09 | 1,133.24 |
| Employer Paid Benefits | 770.62 | 15,373.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,911.34 | 60,923.60 |
| Medicare - Taxable Wages | 2,911.34 | 60,923.60 |
| Federal Withholding - Taxable Wages | 2,472.81 | 52,300.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan 3 | 8 | 0 | 8 |
| PTO Plan | 5 | 0 | 26.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| American Bank | American Bank ******8274 | ******8274 | | 1,964.36 | USD |

Texas Oncology, PA  12221 Merit Drive  Suite 500  Dallas, TX 75251
Christina Cathlene Rhodes  303 Rabbit Run  Waco, TX 76712

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christina Cathlene Rhodes | Texas Oncology, PA | 307284 | 10/10/2021 | 10/23/2021 | 10/29/2021 | |

| | Gross Pay | Pre-Tax Deductions | Taxes | Post- Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,302.90 | 429.38 | 538.21 | 0.00 | 2,335.31 |
| YTD | 73,465.50 | 18,521.80 | 9,425.57 | 1,537.20 | 43,980.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 800.00 |
| Core Life & AD&D - Imputed | | | | | 230.00 |
| Funeral | | | | | 328.00 |
| Holiday | | | | | 1,944.00 |
| Hourly Regular | 10/10/2021-10/23/2021 | 79.6333 | 41 | 3,264.97 | 64,208.40 |
| Involuntary Time Off | | | | | 1,540.00 |
| Overtime | 10/17/2021-10/23/2021 | 0.6167 | 61.5 | 37.93 | 1,451.10 |
| PTO Time Off (PTOTO) | | | | | 3,194.00 |
| Earnings | | | | 3,302.90 | 73,695.50 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 204.78 | 3,982.04 |
| Medicare | 47.89 | 931.28 |
| Federal Withholding | 285.54 | 4,512.25 |
| Taxes | 538.21 | 9,425.57 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 429.38 | 9,052.80 |
| PPO I Medical - EE | | 8,770.00 |
| Select Dental - EE | | 358.80 |
| VSP Vision - EE | | 340.20 |
| Pre-Tax Deductions | 429.38 | 18,521.80 |

### Post- Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance (ACCINS) | | 223.20 |
| Addl Dependent Life-EE | | 8.00 |
| Addl EE Life - EE | | 345.00 |
| Addl Spousal Life - EE | | 68.00 |
| Critical Illness (CRIILL) | | 553.60 |
| Hospital Insurance (HOSINS) | | 339.40 |
| Post- Tax Deductions | 0.00 | 1,537.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core Dependent Life - ER | | 15.40 |
| Core Life ADD - ER | | 163.60 |
| Employee Assistance Program | | 16.60 |
| Long Term Disability - ER | | 384.70 |
| PPO I Medical - ER | | 13,660.00 |
| Details Not Displayed | 0.00 | 1,133.24 |
| Employer Paid Benefits | 0.00 | 15,373.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,302.90 | 64,226.50 |
| Medicare - Taxable Wages | 3,302.90 | 64,226.50 |
| Federal Withholding - Taxable Wages | 2,873.52 | 55,173.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan 3 | 0 | 0 | 8 |
| PTO Plan | 5 | 0 | 31.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| American Bank | American Bank ******8274 | ******8274 | | 2,335.31 | USD |

Texas Oncology, PA  12221 Merit Drive  Suite 500  Dallas, TX 75251
Christina Cathlene Rhodes  303 Rabbit Run  Waco, TX 76712

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christina Cathlene Rhodes | Texas Oncology, PA | 307284 | 10/24/2021 | 11/06/2021 | 11/12/2021 | |

| | Gross Pay | Pre-Tax Deductions | Taxes | Post- Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,414.29 | 917.31 | 431.09 | 76.86 | 1,989.03 |
| YTD | 76,879.79 | 19,439.11 | 9,856.66 | 1,614.06 | 45,969.96 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 800.00 |
| Core Life & AD&D - Imputed | 10/24/2021-11/06/2021 | 0 | 0 | 11.50 | 241.50 |
| Funeral | | | | | 328.00 |
| Holiday | | | | | 1,944.00 |
| Hourly Regular | 10/24/2021-11/06/2021 | 80 | 41 | 3,280.00 | 67,488.40 |
| Involuntary Time Off | | | | | 1,540.00 |
| Overtime | 10/24/2021-11/06/2021 | 2.1833 | 61.5 | 134.29 | 1,585.39 |
| PTO Time Off (PTOTO) | | | | | 3,194.00 |
| Earnings | | | | 3,425.79 | 77,121.29 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.05 | 4,165.09 |
| Medicare | 42.81 | 974.09 |
| Federal Withholding | 205.23 | 4,717.48 |
| Taxes | 431.09 | 9,856.66 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 443.86 | 9,496.66 |
| PPO I Medical - EE | 438.50 | 9,208.50 |
| Select Dental - EE | 17.94 | 376.74 |
| VSP Vision - EE | 17.01 | 357.21 |
| Pre-Tax Deductions | 917.31 | 19,439.11 |

### Post- Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance (ACCINS) | 11.16 | 234.36 |
| Addl Dependent Life-EE | 0.40 | 8.40 |
| Addl EE Life - EE | 17.25 | 362.25 |
| Addl Spousal Life - EE | 3.40 | 71.40 |
| Critical Illness (CRIILL) | 27.68 | 581.28 |
| Hospital Insurance (HOSINS) | 16.97 | 356.37 |
| Post- Tax Deductions | 76.86 | 1,614.06 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core Dependent Life - ER | 1.05 | 16.45 |
| Core Life ADD - ER | 8.18 | 171.78 |
| Employee Assistance Program | 0.83 | 17.43 |
| Long Term Disability - ER | 19.47 | 404.17 |
| PPO I Medical - ER | 683.00 | 14,343.00 |
| Details Not Displayed | 58.09 | 1,191.33 |
| Employer Paid Benefits | 770.62 | 16,144.16 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,952.34 | 67,178.84 |
| Medicare - Taxable Wages | 2,952.34 | 67,178.84 |
| Federal Withholding - Taxable Wages | 2,508.48 | 57,682.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan 3 | 0 | 0 | 8 |
| PTO Plan | 5 | 0 | 36.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| American Bank | American Bank ******8274 | ******8274 | | 1,989.03 | USD |

Texas Oncology, PA 12221 Merit Drive Suite 500 Dallas, TX 75251
Christina Cathlene Rhodes 303 Rabbit Run Waco, TX 76712

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christina Cathlene Rhodes | Texas Oncology, PA | 307284 | 11/07/2021 | 11/20/2021 | 11/26/2021 | |

| | Gross Pay | Pre-Tax Deductions | Taxes | Post- Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,446.40 | 921.49 | 439.69 | 76.86 | 2,008.36 |
| YTD | 80,326.19 | 20,360.60 | 10,296.35 | 1,690.92 | 47,978.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 800.00 |
| Core Life & AD&D - Imputed | 11/07/2021-11/20/2021 | 0 | 0 | 11.50 | 253.00 |
| Funeral | | | | | 328.00 |
| Holiday | | | | | 1,944.00 |
| Hourly Regular | 11/07/2021-11/20/2021 | 77.5333 | 41 | 3,178.87 | 70,667.27 |
| Involuntary Time Off | | | | | 1,540.00 |
| Overtime | 11/14/2021-11/20/2021 | 4.35 | 61.5 | 267.53 | 1,852.92 |
| PTO Time Off (PTOTO) | | | | | 3,194.00 |
| Earnings | | | | 3,457.90 | 80,579.19 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.03 | 4,350.12 |
| Medicare | 43.28 | 1,017.37 |
| Federal Withholding | 211.38 | 4,928.86 |
| Taxes | 439.69 | 10,296.35 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 448.04 | 9,944.70 |
| PPO I Medical - EE | 438.50 | 9,647.00 |
| Select Dental - EE | 17.94 | 394.68 |
| VSP Vision - EE | 17.01 | 374.22 |
| Pre-Tax Deductions | 921.49 | 20,360.60 |

### Post- Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance (ACCINS) | 11.16 | 245.52 |
| Addl Dependent Life-EE | 0.40 | 8.80 |
| Addl EE Life - EE | 17.25 | 379.50 |
| Addl Spousal Life - EE | 3.40 | 74.80 |
| Critical Illness (CRIILL) | 27.68 | 608.96 |
| Hospital Insurance (HOSINS) | 16.97 | 373.34 |
| Post- Tax Deductions | 76.86 | 1,690.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core Dependent Life - ER | 1.05 | 17.50 |
| Core Life ADD - ER | 8.18 | 179.96 |
| Employee Assistance Program | 0.83 | 18.26 |
| Long Term Disability - ER | 19.47 | 423.64 |
| PPO I Medical - ER | 683.00 | 15,026.00 |
| Details Not Displayed | 58.09 | 1,249.42 |
| Employer Paid Benefits | 770.62 | 16,914.78 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,984.45 | 70,163.29 |
| Medicare - Taxable Wages | 2,984.45 | 70,163.29 |
| Federal Withholding - Taxable Wages | 2,536.41 | 60,218.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan 3 | 0 | 0 | 8 |
| PTO Plan | 5 | 0 | 41.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| American Bank | American Bank ******8274 | ******8274 | | 2,008.36 | USD |