UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS WACO DIVISION

IN RE: CHRISTINA RHODES  
SSN: SSN: XXX-XX-0452

CASE NO: 21-60519

CHAPTER 13

### ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

UPON REPRESENTATIONS OF THE TRUSTEE, OR OTHER INTERESTED PARTIES, THE COURT FINDS THAT:

The above named debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 U.S.C. and pursuant to the provisions of said statute and of the debtors plan, the debtor has submitted all of such portion of the debtors future earnings or other future income to the supervision and control of the trustee of this Court as may be necessary for the execution of the debtor's plan; and

That under the provisions of Title 11 U.S.C., this Court has exclusive jurisdiction of all property including the earnings from services performed by the debtor during the pendancy of this case and pursuant to 11 U.S.C. Sec. 1325(b) any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by the Court. A portion of the debtor's earnings from services are necessary for the execution of the debtors plan.

NOW, THEREFORE, IT IS ORDERED that until further order of this Court or until notice that this case has been dismissed or converted to Chapter 7 of the Bankruptcy Code is received, the employer of said debtor:

TEXAS ONCOLOGY PA  
12221 MERIT DR SUITE 500  
%PAYROLL  
DALLAS, TX 75251

shall deduct from the earnings of the debtor in the sum of **$3,445.00** monthly (**$1,722.50** twice monthly, **$1,590.00** bi-weekly, or **$795.00** weekly) beginning on the next pay date following the receipt of this Court Order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or any other benefits arising out of present or past employment of the debtor. Employer shall remit forthwith the sums so deducted to the trustee appointed here or his successor in interest as follows:

Ray Hendren, Chapter 13 Trustee  
P.O Box 807  
San Antonio, TX 78293-0807

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amount required to be withheld by the provisions of any laws of the United States, the laws of any state of or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this Court be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED, that no deductions for account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of said debtor.

IT IS FURTHER ORDERED, that this order supersedes and all previous orders, if any, made to the subject employer in this cause.

**SO ORDERED.**

**SIGNED this 21st day of December, 2021.**

_____  
**Barry D. Knight**  
**Clerk, U.S. Bankruptcy Court**  
**BY: McGee, Maxine**